FILED-CLERK
U.S. DISTRICT COURT

# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

2007 MAY -1 PM 12: 24

TEXAS-EASTERN

| | | |
|---|---|---|
| DANA BROCKWAY | § | |
| | § | Case No. 4:04cv455 |
| v. | § | (Judge Schell/Judge Bush) |
| | § | |
| RICH THOMS, MCKINNEY ORCHID, | § | |
| TEXOMA MGMT., and NANCY SIGRIST | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to United States Magistrate Judge Don D. Bush pursuant to 28 U.S.C. § 636. On April 2, 2007, the Report of the Magistrate Judge was entered containing his proposed findings of fact and recommendation that non-party attorney Curtis Lilly's Motion for New Trial should be **DENIED**.

The Court, finding that no objections have been raised or timely filed, is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that non-party attorney Curtis Lilly's Motion for New Trial is **DENIED**.

Signed this 30th day of April, 2007.

Richard A. Schell
United States District Judge